SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
KIMBERLY FRAZIER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KIMBERLY FRAZIER,

Plaintiff,

vs.

ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE; and DOES 1 to 10,

Defendants.

**Case No.: 2:24-cv-06294-MRA (MAAx)**

**Request for Entry of Default (as to Defendant ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE)**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff KIMBERLY FRAZIER hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant as evidenced by the proof of service of summons on file.

Dated: October 29, 2024

**SO. CAL. EQUAL ACCESS GROUP**

By: _/s/ *Jason J. Kim*_________________________
Jason J. Kim, Esq.
Attorneys for Plaintiff

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
KIMBERLY FRAZIER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KIMBERLY FRAZIER,

Plaintiff,

vs.

ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE; and DOES 1 to 10,

Defendants.

**Case No.: 2:24-cv-06294-MRA (MAAx)**

**Declaration of Jason J. Kim re: Request for Entry of Default (as to Defendant ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE)**

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am the attorney of record for the Plaintiff KIMBERLY FRAZIER (“Plaintiff”) and, in that capacity, I am familiar with this matter.

2. Federal Rule of Civil Procedure Rule 55(a) provides that “[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party’s default.”

3. We have received no answer or other responsive pleading to the Complaint that was served on Defendant ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 29, 2024

**SO. CAL. EQUAL ACCESS GROUP**

By: _/s/ *Jason J. Kim*_________________
Jason J. Kim, Esq.
Attorneys for Plaintiff

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On October 29, 2024, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

ROBERTO G. RAMIREZ
D/B/A GUTIERREZ OUTLET STORE
5317 S Vermont Ave.
Los Angeles, CA 90037

DOCUMENT(S): **Request for Entry of Default (as to Defendant ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE); Declaration of Jason J. Kim Re: Request for Entry of Default (as to Defendant ROBERTO G. RAMIREZ D/B/A GUTIERREZ OUTLET STORE)**

(X) BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( ) BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( ) BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( ) ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. This is necessitated during the Coronavirus (Covid-19) pandemic because this office may be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on October 29, 2024, at Los Angeles, California.

________________________________