# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROBERTO G. RAMIREZ, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−06294−MRA−MAA<br><br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

   It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

   Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  Roberto G. Ramirez dba Gutierrez Outlet Store

<br><br>

                                                                Clerk, U.S. District Court

  October 31, 2024                                             By  /s/ *Lori Muraoka*
Date                                                            Deputy Clerk

CV−37 (10/01)                    **DEFAULT BY CLERK F.R.Civ.P. 55(a)**